UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KATHY ADKINS, *et al.*,

                              Plaintiffs,

v.                                  Action No. 3:11-CV-334

ENCORE CAPITAL GROUP, INC., *et al.*,

                              Defendants.

## **ORDER**

      THIS MATTER is before the Court on Defendants' Motion for an Extension of Time. (Doc. No. 4.) Plaintiffs filed a Complaint against Defendants May 19, 2011. Defendants seek an extension of time to file responsive pleadings to Plaintiffs' Complaint. Upon due consideration, the Motion is HEREBY GRANTED. Defendants are DIRECTED to file responsive pleadings to Plaintiffs' Complaint on or before July 21, 2011.

      Let the Clerk send a copy of this Order to all counsel of record.

      It is SO ORDERED.

                                                      _____/s/_____
                                                      James R. Spencer
                                                      Chief United States District Judge

ENTERED this   21st   day of June 2011