UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KATHY ADKINS, *et al.*,

    Plaintiffs,

v.                                                      Civil Action No. 3:11-CV-334

ENCORE CAPITAL GROUP, INC., *et al.*,

    Defendants.

## PLAINTIFFS' AGREED MOTION TO ENLARGE TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

COMES NOW the Plaintiffs, KATHY ADKINS, *et al.*, by counsel, and pursuant to Fed. R. Civ. P. 6(b)(1), they move the Court to enlarge their time to respond to Defendants' Motion to Dismiss through August 9, 2011.

This motion is made before the expiration of the Plaintiffs' response. Defendants, by counsel, have consented to this motion.

                                          KATHY ADKINS, *et al.*,

                                          /s/
                                      Leonard A. Bennett, Esq.
                                      VSB #37523
                                      Attorney for Plaintiff
                                      CONSUMER LITIGATION ASSOCIATES, P.C.
                                      12515 Warwick Boulevard, Suite 100
                                      Newport News, Virginia 23606
                                      (757) 930-3660 - Telephone
                                      (757) 930-3662 – Facsimile
                                      lenbennett@cox.net

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David Neal Anthony, Esq.
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
Email: david.anthony@troutmansanders.com

                                                                          _____/s/_____
                                                                     Leonard A. Bennett, Esq.
                                                                      VSB #37523
                                                                     Attorney for Plaintiff
                                                                     CONSUMER LITIGATION ASSOCIATES, P.C.
                                                                     12515 Warwick Boulevard, Suite 100
                                                                     Newport News, Virginia 23606
                                                                     (757) 930-3660 - Telephone
                                                                     (757) 930-3662 – Facsimile
                                                                     lenbennett@cox.net