**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**KATHY ADKINS,** *et al.***,**

      **Plaintiff,**

   **v.**                                             **Civil Action No. 3:11cv334**

**ENCORE CAPITAL GROUP, INC.,** *et al.***,**

      **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of John C. Lynch on behalf of Defendants Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc. as counsel herein for all purposes in this matter.

                                             **ENCORE CAPITAL GROUP, INC.,
MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT, INC.**

                                             By:     /s/ John C. Lynch
                                                                 Of Counsel

John C. Lynch (VSB No. 39267)
Counsel for Defendants
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
Counsel for Defendants
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com
Email: tim.stgeorge@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiffs**
Leonard A. Bennett, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 201
Newport News, VA 23606
Email: lenbennett@cox.net

Matthew J. Erausquin, Esq.
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Email: matt@clalegal.com

Dale W. Pittman, Esq.
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb St.
Petersburg, VA 23803
Email: dale@pittmanlawoffice.com

      /s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Counsel for Defendants
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

421459v1