UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KATHY ADKINS, *et al.*,

                         Plaintiffs,

v.                                    Action No. 3:11-CV-334

ENCORE CAPITAL GROUP, INC., *et al.*,

                         Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiffs' Second Consent Motion for Enlargement of Time to Respond to Defendants' Motion to Dismiss. (Doc. No. 12.) Plaintiffs' response to Defendants' Motion to Dismiss was due August 9, 2011. Plaintiffs now move the Court to enlarge their time to respond to the Motion to Dismiss through August 16, 2011. Plaintiffs indicate Defendants do not object to this Motion. Upon due consideration, the Motion is HEREBY GRANTED. Plaintiffs are DIRECTED to file a response to Defendants' Motion to Dismiss on or before August 16, 2011.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

                                                        _____/s/_____
                                                        James R. Spencer
                                                        Chief United States District Judge

ENTERED this \_\_10th\_\_ day of August 2011