**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**



**KATHY ADKINS, et als.,**

**Plaintiffs,**

v.                                      CIVIL NO. 3:11-cv-334-JRS

**ENCORE CAPITAL GROUP,
et als.,**

**Defendants.**

## ORDER

The parties, by counsel, are before the Court by consent and having agreed that the Plaintiff shall file and Amended Complaint on or before August 31, 2011, and the Defendants shall file their Answers and any other motions respecting the Amended Complaint by September 21, 2011. The parties have further agreed that the Plaintiffs' response to the Defendants' Motion to Dismiss (Docket No. 7) shall be extended indefinitely pending the filing of an Amended Complaint. If an Amended Complaint is filed, the Defendants' Motion to Dismiss will be denied without prejudice to the filing of any other motions in response to the Amended Complaint.

Therefore, it is ORDERED

(1)     The Plaintiffs shall file an Amended Complaint not later than August 31, 2011;

(2)     Upon the filing of the Amended Complaint, the Defendants' Motion to Dismiss (Docket No. 7) shall be DENIED WITHOUT PREJUDICE.

It is so ORDERED.

                                                         /s/
                                           James R. Spencer
                                           Chief United States District Judge

Enter 8-29-11

We Ask For This:

Kathy Adkins, et als.,

_____
Dale W. Pittman
Attorney for Plaintiff
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212


Encore Capital Group, et al.,

_____
David Neal Anthony (VSB No. 31696)
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122