**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**KATHY ADKINS,** *et al.***,**

      **Plaintiff,**

v.                                                         **Civil Action No. 3:11cv334**

**ENCORE CAPITAL GROUP, INC.,** *et al.*

      **Defendants.**

**DEFENDANTS' MOTION FOR REASSIGNMENT**
**OF ACTION TO DISTRICT JUDGE JAMES R. SPENCER**

Come now Defendants, Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc. (collectively, "Midland"), by counsel, and move this Honorable Court for an Order granting their Motion for Reassignment of Action to District Judge James R. Spencer for the reasons set forth in the accompanying memorandum in support.

WHEREFORE, Defendants, Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc., by counsel, respectfully request that the Court enter an Order: (1) granting their Motion for Reassignment of Action to District Judge James R. Spencer; (2) reassigning this matter to Hon. James R. Spencer for all further purposes; and (3) granting Defendants such further relief that the Court deems appropriate.

        **ENCORE CAPITAL GROUP, INC.,**
        **MIDLAND FUNDING, LLC and**
        **MIDLAND CREDIT MANAGEMENT, INC.**


        By:   /s/David N. Anthony
                      Of Counsel

David N. Anthony (VSB No. 31696)
Timothy J. St. George (VSB No. 77349)
*Attorneys for Encore Capital Group, Inc., Midland Funding, LLC*
*and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone: (804) 697-1200
Facsimile:  (804) 698-5118
david.anthony@troutmansanders.com
tim.stgeorge@troutmansanders.com

John C. Lynch (VSB No. 39267)
*Attorney for Encore Capital Group, Inc., Midland Funding, LLC*
*and Midland Credit Management, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone:  (757) 687-7765
Facsimile:   (757) 687-1504
john.lynch@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October 2011, I filed a true and correct copy of the foregoing on the Court's Electronic Case Filing System, which will send a notice of electronic filing to:

>Leonard A. Bennett, Esq.
>Susan M. Rotkis, Esq.
>CONSUMER LITIGATION ASSOCIATES, P.C.
>12515 Warwick Boulevard, Suite 100
>Newport News, VA 23606
>Telephone: (757) 930-3660
>Facsimile: (757) 930-3662
>lenbennett@clalegal.com
>srotkis@clalegal.com
>
>Matthew J. Erausquin, Esq.
>CONSUMER LITIGATION ASSOCIATES, P.C.
>1800 Diagonal Road, Suite 600
>Alexandria, VA 22314
>Telephone: (703) 273-6080
>Facsimile: (888) 892-3512
>matt@clalegal.com
>
>Dale W. Pittman, Esq.
>THE LAW OFFICE OF DALE W. PITTMAN, P.C.
>The Eliza Spotswood House
>112-A West Tabb St.
>Petersburg, VA 23803
>Telephone: (804) 861-6000
>Facsimile: (804) 861-3362
>dale@pittmanlawoffice.com
>
>*Counsel for Plaintiffs*

>    /s/David N. Anthony
>David N. Anthony (VSB Bar No. 31696)
>*Attorney for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc.*
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>Richmond, Virginia 23219
>Telephone: (804) 697-1254
>Facsimile: (804) 698-6013
>david.anthony@troutmansanders.com

2095808v1