# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **KATHY ADKINS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | CIVIL NO. 3:11cv334 |
| ) | |
| **ENCORE CAPITAL GROUP, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the Court on the Defendants' Motion for Reassignment of Action to District Judge James R. Spencer (ECF No. 25). Finding that there is a question as to whether the Defendants have properly consented to the jurisdiction of the Magistrate Judge, and deeming it in the best interests of judicial efficiency, the motion is GRANTED. The case is hereby REASSIGNED to District Judge James R. Spencer as trial jurist.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Richmond, Virginia
Dated: December 2, 2011