IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| KATHY ADKINS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ENCORE CAPITAL GROUP, INC., et al., ) <br> ) <br> Defendants. ) | CIVIL NO. 3:11cv334 |

## ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(A), this case is hereby REFERRED to U.S. Magistrate Judge Dennis W. Dohnal for pretrial case management, including the development of a consolidated discovery plan and resolution of the Defendants' pending, non-dispositive Motion to Sever (ECF No. 20).

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/
James R. Spencer
United States District Judge

Richmond, Virginia

Dated: 12-6-11