# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **KATHY ADKINS et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CIVIL NO. 3:11cv334-JRS-DWD** |
| ) | |
| **ENCORE CAPITAL GROUP, INC. et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court for pretrial case management pursuant to 28 U.S.C. § 636(b)(1)(A) on the Defendants' Motion to Sever (ECF No. 20). The Motion is hereby TAKEN UNDER ADVISEMENT pending the establishment of a consolidated discovery plan. The parties are hereby DIRECTED to contact Chambers to schedule a conference for the purpose of preparing a consolidated discovery plan.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Richmond, Virginia
Dated: December 7, 2011