UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY ADKINS, *et al.*,

      **Plaintiff,**

v.                                                 Civil Action No. 3:11cv334

ENCORE CAPITAL GROUP, INC., *et al.*

      **Defendants.**

## ORDER

CAME NOW Defendants, Encore Capital Group, Inc. Midland Credit Management, Inc. and Midland Funding, LLC (collectively, "Defendants"), upon their Motion to Sever (Dkt. No. 20). For the reasons set forth at the January 18, 2012 status conference, the Motion to Sever (Dkt. No. 20) remains under advisement. It is further ORDERED as follows:

    1.   **Responsive pleadings**: The Amended Complaint (Dkt. No. 18) shall be deemed the operative Complaint for each of the individual actions. Defendants' Answer to the Amended Complaint shall be deemed the operative responsive pleading for each of the individual actions. Defendants are granted leave to file an Amended Answer to the Amended Complaint on or before February 3, 2012, which shall also be deemed to respond to the claims alleged in each of the individual actions.

    2.   **Initial Disclosures**: The parties agree to waive the requirement of initial disclosures under Fed. R. Civ. P. 26(a)(1).

    3.   **Discovery**: Discovery may commence as of the date of the entry of this Order under the applicable Federal Rules of Civil Procedure and Local Rules. The discovery


EXHIBIT E

previously served by Defendants on Plaintiffs shall be deemed served as of the date of the entry of this Order.

4. **Discovery Coordination**: All discovery matters and discovery coordination are assigned to the Hon. Dennis W. Dohnal until his retirement and then to the Hon. David J. Novak.

5. **Discovery Motions.** The Magistrate Judge shall hear all discovery motions. The parties shall first attempt to resolve all such disputes informally in accordance with Local Rule 37.

6. **Discovery Deadline**: Discovery shall be completed on or before August 1, 2012.

7. **Status Conference**: By the last business day of each month, the parties shall schedule a conference call with the Court to discuss the status of the cases and any pending issues.

8. **Summary Judgment Motions.** The Court has not yet set a deadline for the filing of summary judgment motions, but will do so in the future.

9. **Trial and Trial Date.** The Court has not yet set a trial date for this action nor established the manner in which this case will be tried, but will do so in the future.

IT IS SO ORDERED.

ENTERED this \_\_\_\_\_ day of January 2012.

_____
Hon. Dennis W. Dohnal
United States Magistrate Judge

2123961v1