UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

KATHY ADKINS, *et al.*,

      Plaintiff,

v.                                                     Civil Action No. 3:11cv334

ENCORE CAPITAL GROUP, INC., *et al.*

      Defendants.

## ORDER

CAME NOW Defendants, Encore Capital Group, Inc. Midland Credit Management, Inc. and Midland Funding, LLC (collectively, "Defendants"), upon their Motion to Sever (Dkt. No. 20). For the reasons set forth at the January 18, 2012 status conference, the Motion to Sever (Dkt. No. 20) remains under advisement. It is further ORDERED as follows:

    1.    **Responsive pleadings**: Defendants are granted leave to file an Amended Answer to the Amended Complaint seven days after the entry of this proposed Order.

    2.    **Initial Disclosures**: The parties agree to waive the requirement of initial disclosures under Fed. R. Civ. P. 26(a)(1).

    3.    **Discovery**: Discovery may commence as of the date of the entry of this Order under the applicable Federal Rules of Civil Procedure and Local Rules with the following modifications:

Collectively, Plaintiffs may serve a total of 30 Interrogatories, and collectively, Defendants may serve a total of 30 Interrogatories. In addition, as to all Plaintiffs who assert a claim for actual damages as identified, the Defendants may serve an additional 5 Interrogatories.

Collectively, Plaintiffs may serve a total of 30 Requests for Production, and collectively, Defendants may serve a total of 30 Requests for Production. In addition, as to all Plaintiffs who assert a claim for actual damages as identified, the Defendants may serve an additional 5 Requests for Production.

4. **Discovery Coordination**: All discovery matters and discovery coordination are assigned to the Hon. Dennis W. Dohnal until his retirement and then to the Hon. David J. Novak.

5. **Discovery Motions.** The Magistrate Judge shall hear all discovery motions. The parties shall first attempt to resolve all such disputes informally in accordance with Local Rule 37.

6. **Discovery Deadline**: Discovery shall be completed on or before August 1, 2012.

7. **Status Conference**: By the last business day of each month, the parties shall schedule a conference call with the Court to discuss the status of the cases and any pending issues.

8. **Summary Judgment Motions.** The Court has not yet set a deadline for the filing of summary judgment motions, but will do so in the future.

9. **Trial and Trial Date.** The Court has not yet set a trial date for this action nor established the manner in which this case will be tried, but will do so in the future.

IT IS SO ORDERED.

ENTERED this _____ day of February 2012.

                                                                                                       Hon. David J. Novak
                                                                                         United States Magistrate Judge