IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KATHY ADKINS, et al.

v.                                         CASE NO.: 3:11cv334

ENCORE CAPITAL GROUP, INC., et al.

### ORDER

This matter is currently assigned to the Honorable David J. Novak. The Clerk is DIRECTED to reassign this matter to the Honorable M. Hannah Lauck for settlement discussions.

It is SO ORDERED.

/s/
James R. Spencer
United States District Judge

Date: 3-28-12